# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HENRY SCOTT, III, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0426-KD-M |
| SANDRA BOGGAN, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this March 17, 2010.

>  s/ Kristi K. DuBose
>  **KRISTI K. DuBOSE**
>  **UNITED STATES DISTRICT JUDGE**